UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA, *
*
Plaintiff and *
Judgment Creditor, *
*
*
v. * Court No. MJG-00-770
*
LATRICIA MIMS,
*
Defendant and *
Judgment Debtor, *
*
and

Holly Poultry
2221 Berlin Street
Baltimore, MD 21230
*
Garnishee. *

ANSWER OF THE GARNISHEE

____________________ BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of ____________________________________________.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member ______________________________ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the _______ of Garnishee, ____________________ a corporation, organized under the laws of the State of ________.

On ____________, 2007, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of

service (shown above)

Yes No

1. Judgment Debtor was in my/our employ.

2. Pay period is ______ weekly, ______ bi-weekly _____ semi-monthly, ______ monthly. Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

| | |
|---|---|
| (a) Gross Pay | $ ________ |
| (b) Federal income tax | $ ________ |
| (c) F.I.C.A. income tax | $ ________ |
| (d) State income tax | $ ________ |
| Total of tax withholdings | $ ________ |
| Net Wages (a less total of b,c,d) | $ ________ |

4. Have there been previous garnishments in effect. If the answer is yes, describe below.

______________________________________________

______________________________________________

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. ____________ | ____________ | ____________ |
| 2. ____________ | ____________ | ____________ |

3. ____________ ____________ ____________

4. ____________ ____________ ____________

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ ____________ | ____________ |
| 2. | $ ____________ | ____________ |
| 3. | $ ____________ | ____________ |
| 4. | $ ____________ | ____________ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

____ [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

____ [Or has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, ________________, and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment Debtor, Latricia Mims at 3310 Alto Road, Baltimore, MD 21216, and (2) the attorney for the United States, Thomas F. Corcoran, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

______________________________
Garnishee

Subscribed and sworn to before me this

_______ day of ____________ 2007.

________________________________
Notary Public

My Commission expires: _____________

ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

Clerk, United States District Court
U.S. Courthouse, Room 409
4th Floor
Baltimore, Maryland 21201

and a copy of this Answer to:

Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street
4th Floor
Baltimore, Maryland 21201
Attention: Financial Litigation Unit

Make your check payable to:

U. S. Department of Justice

and mail your check to:

United States Attorney's Office
36 South Charles Street
4th Floor
Baltimore, Maryland 21201
Attn: Financial Litigation Unit