```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA,    *
                             *
       Plaintiff and        *
       Judgment Creditor,   *
                             *
                             *
       v.                   *   Court No. MJG-00-770
                             *
LATRICIA MIMS,               *
                             *
       Defendant and        *
       Judgment Debtor,     *
                             *

    NOTICE OF GARNISHMENT AND INSTRUCTIONS
    TO THE ABOVE-NAMED JUDGMENT DEBTOR:

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a judgment entered against you in MJG-00-770 and the Garnishment was served on Holly Poultry, Garnishee, and it is believed that the Garnishee may have property of yours in their custody, possession or control.

YOU ARE FURTHER NOTIFIED THAT, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written objection to explain why you think these funds are exempt under the state or federal law and request a hearing, a Court Order will be entered attaching the funds or property and the funds or property will be applied against the judgment owed the United States of America.

Any objection that you file to contest the garnishment must be filed in the Office of the Clerk of the United States District Court, District of Maryland, at U.S. Courthouse, 4th Floor, Room 4415, Baltimore, Maryland 21201. The objection must state your reasons for believing that this property is not subject to attachment by the United States of America. A copy

of the objection or other pleadings must also be served on: (1) Thomas F. Corcoran, Assistant United States Attorney for the District of Maryland at 4th Floor, 36 South Charles Street, Baltimore, Maryland, 21201, and (2) Holly Poultry, 2221 Berlin Street, Baltimore, MD 21230, Attn: Personnel Office.

**YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.**

                              Rod J. Rosenstein
                              UNITED STATES ATTORNEY

                              */s/*
                              Thomas F. Corcoran
                              Assistant United States Attorney
                              36 South Charles Street
                              4th Floor
                              Baltimore, Maryland 21201
                              (410) 209-4800
                              Trial Bar No. 24894