UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| | * | |
| v. | * | Civil MJG-00-0770 |
| | * | |
| Latricia Mims, | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| and | * | |
| Holly Poultry Inc.<br>2221 Berlin Street<br>Baltimore, MD 21230 | * | |
| Garnishee. | * | |
| Serve on Payroll Supervisor:<br>Mr. Foster Taciak | * | |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $2,483.34 plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on April 30, 2007, stating that, at the time of the service of the Writ of Continuing Garnishment, they have custody, control or possession of property, in which Latricia Mims maintains an interest.

On or about March 30, 2007, the Defendant and Judgement Debtor was notified

of her right to a hearing. Time for Debtor to request a hearing has expired and no request was received.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any payments</u>, minus amounts to be paid for the relevant pay period pursuant to prior garnishments, to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full, the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

May 7, 2007
Date

MARVIN J. GARBIS
U. S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,  *<br>*<br>Plaintiff and  *<br>Judgment Creditor,  *<br>*<br>*<br>v.  *<br>*<br>Latricia Mims,  *<br>*<br>Defendant and  *<br>Judgment Debtor,  *<br>*<br>and  *<br>*<br>Holly Poultry Inc  *<br>2221 Berlin Street  *<br>Baltimore, MD 21230  *<br>*<br>Garnishee.  *<br>*<br><u>Serve on Payroll Supervisor:</u>  *<br>Mr. Foster Taciak  * | Civil No.MJG-00-0770 |

CERTIFICATION OF SERVICE OF
<u>DOCUMENTS ON DEFENDANT AND JUDGEMENT DEBTOR</u>

The United States of America, the Defendant and Judgement Debtor herein, hereby certifies that a copy of the Application for Writ of Continuing Garnishment and Writ of Continuing Garnishment, along with the initial Clerk's Notice to Defendant and Judgement Debtor was sent to the Defendant and Judgement Debtor by certified mail on <u>March 30, 2007</u>, to the last known

address of the Defendant and Judgement Debtor, and service was made upon the Garnishee on

<u>March 29, 2007</u>.

                      ROD J. ROSENSTEIN
                      UNITED STATES ATTORNEY

By: _____
       Thomas Corcoran
       Assistant U.S. Attorney
       36 S. Charles Street
       4th Floor
       Baltimore, Maryland 21201
       (410) 209-4800
       Trial Bar No.24894